STATE OF NEW JERSEY v. DAVID B. CLARK.

September 12, 1977. Petition for certification denied.

IN THE MATTER OF THE ESTATE OF DAISY COHEN.

September 12, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. OLLIE NORMAN.

September 12, 1977. Petition for certification denied.

STATE OF NEW JERSEY, BY THE COMMISSIONER OF TRANSPORTATION v. CHARLES INVESTMENT CORPORATION.

September 20, 1977. Petition for certification granted. (See 151 *N. J. Super.* 14)

CITIZENS FOR CHARTER CHANGE IN ESSEX COUNTY v. NICHOLAS V. CAPUTO.

September 20, 1977. Petitions for certification denied. (See 151 *N. J. Super.* 286)